**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**              Case No. 2:19-cr-176(16)
                                      JUDGE EDMUND A. SARGUS, JR.
    **v.**

**JUAN ALFARO-ALVAREZ,**

      **Defendant.**

## ORDER

This matter is before the Court on the Government's Motion to Dismiss the Superseding Indictment against Juan Alfaro-Alvarez. (ECF No. 406.)   The United States has confirmed that Juan Alfaro-Alvarez passed away on September 22, 2020.

The Superseding Indictment against Juan Alfaro-Alvarez is now **DISMISSED.**

    **IT IS SO ORDERED.**


**1/15/2021**                                                      **s/Edmund A. Sargus, Jr.**
**DATED**                                                         **EDMUND A. SARGUS, JR.**
                                                               **UNITED STATES DISTRICT JUDGE**